**Samnang DUONG, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 53296.

Missouri Court of Appeals,
Western District.

Aug. 19, 1997.

James C. Cox, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

ORDER

PER CURIAM:

Samnang Duong appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Mr. Duong claims that his plea counsel was ineffective in failing to inform him that under Section 558.019 he would be required to serve a minimum of eighty-five percent of his sentence before becoming eligible for parole. We have reviewed the briefs of the parties and the record on appeal and find no reversible error. Because a published opinion would have no precedential value, we affirm by this summary order and have furnished the parties with a memorandum setting forth our reasoning. Rule 84.16(b).